# Court of Appeals
# of the State of Georgia

ATLANTA,  June 19, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1911. EDWIN WILLIAMS v. THE STATE.**

In 2016, Edwin Williams was convicted of two crimes, including felony murder, and was sentenced to life with the possibility of parole. After the trial court denied his motion for new trial, Williams appealed to this Court. He then filed a motion to transfer his appeal to the Supreme Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). Accordingly, we hereby GRANT Williams's motion to transfer and TRANSFER this appeal to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/19/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*